1

Mr. Piero A Bugoni Pro - Se
160 W. Camino Real #191
Boca Raton, FL 33432

FILED

JUL 13 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

Piero A. Bugoni
    PLAINTIFF

vs

Google Incorporated,
Microsoft Incorporated,
Yahoo! Incorporated
    DEFENDANTS

Case No.: 4:20-CV-02883-HSG

**PLAINTIFF'S OBJECTION TO MAGISTRATE RECOMMENDATION TO DISMISS**

Plaintiff objects to the magistrate's recommendation to dismiss, as follows:

Statutory Immunity does not apply to Injunctive Relief nor Declaratory Judgment. This Case should proceed as Plaintiff seeks exclusively Injunctive Relief, and Declaratory Judgment.

Plaintiff maintains his FCRA Claims as Defendants' search engine services are used for FCRA regulated purposes, and to skirt the protections afforded by the FCRA. When those search engine services are used to investigate a person, (A Consumer), the information returned is ultimately the same as a Consumer Report that would be furnished by a Consumer Reporting Agency. As such, Defendants are providing a tool that can be used to obtain Reports about a Consumer, without that Consumer's Consent, and are offering a product that allows persons to subvert the protections of the FCRA.

28

1 | For the foregoing reasons then, This Court should allow the Case to proceed and grant Judgments in Plaintiff's favor.

Submitted to the Court, This 8 July 2020.

_____

Mr. Piero A. Bugoni, Plaintiff Pro - Se

28

Piero Bugoni
160 W Camino Real #191
Boca Raton FL 33432

US District Court
N.D. CA
450 Golden Gate Ave
San Francisco CA 94102-3489

WEST PALM BCH FL 334
08 JUL 2020 PM 4 L

RECEIVED JUL 13 2021
SUSNNY (SUSAN Y.) SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

