UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERO BUGONI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INCORPORATED, et al.,<br><br>　　　　　　Defendants. | Case No. 20-cv-02883-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS COMPLAINT**<br><br>Re: Dkt. No. 13 |

　　　　The Court has reviewed Magistrate Judge Beeler's Report and Recommendation to Dismiss Complaint, as well as the objections to the report.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

　　　　 IT IS HEREBY ORDERED that this case is dismissed without leave to amend.  The Clerk is directed to enter judgment and close the file.

　　　　**IT IS SO ORDERED.**

Dated: January 21, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Haywood S. Gilliam, Jr._
　　　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge