1 | Mr. Piero A Bugoni Pro - Se
c/o General Delivery
Washington DC 20090-9999

**FILED**

**FEB 23 2021**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

Piero A. Bugoni
    PLAINTIFF

vs

Google Incorporated,
Microsoft Incorporated,
Yahoo! Incorporated
    DEFENDANTS

Case No.: 4:20-CV-02883

**NOTICE OF APPEAL**

Plaintiff hereby notifies This Court that he intends to appeal the Judgment terminating This Matter to the Ninth Circuit U.S. Court of Appeals.

Submitted to the Court, This February 20, 2021

_____

Mr. Piero A. Bugoni, Plaintiff Pro - Se

28

MIAMI FL 330
20 FEB 2021 PM 1 L

Piero Bugoni
160 W Camino Real #191
Boca Raton, FL. 33432

RECEIVED
FEB 23 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

U.S. District Court
N.D. of California
450 Golden Gate Ave
San Francisco, CA 94102-3489