UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERO BUGONI,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INCORPORATED, et al.,<br><br>    Defendants. | Case No. 20-cv-02883-HSG<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**<br><br>Re: Dkt. No. 20 |

Pending before the Court is Plaintiff's motion for extension of time to file notice of appeal, filed on March 1, 2021. Dkt. No. 20. Judgment was entered in this case on January 21, 2021. Dkt. No. 17. The deadline for Plaintiff to file a Notice of Appeal was February 20, 2021. Fed. R. App. P. 4(a). Plaintiff's Notice of Appeal is postmarked on February 20, 2021, but it was not received by the Ninth Circuit Court of Appeals until February 23, 2021. Dkt. No. 18. Because Plaintiff is representing himself pro se and because Plaintiff believed that the "mailbox rule" applied such that February 20, 2021 was the mailing deadline, the Court finds that the late filing was the result of excusable neglect. Fed. R. App. P. 4(a). Accordingly, the Court **GRANTS** the motion for extension of time to file notice of appeal.

**IT IS SO ORDERED.**

Dated: April 15, 2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge